**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**THERESA VARE**                                                             **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 3:18-cv-766-HTW-LRA**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS and
LIEUTENANT CHARLES TOSSY, INDIVIDUALLY**              **DEFENDANTS**

**AGREED STIPULATION OF DISMISSAL**

Plaintiff, Theresa Vare, submits this her Stipulation of Dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby stipulates that she is dismissing her Title VII – Sex Discrimination and Sexual Harassment, and 14th Amendment through § 1983 – Equal Protection claims with prejudice with each party to bear their own costs and fees associated with that claim.

Respectfully submitted, this the 19th day of November 2018.

                                                 s/Louis H. Watson, Jr.
                                                 LOUIS H. WATSON, JR. (MSB #9053)
                                                 NICK NORRIS (MSB #101574)
                                                 WATSON & NORRIS, PLLC
                                                 1880 Lakeland Drive, Suite G
                                                 Jackson, MS 39216
                                                 Telephone: (601) 968-0000
                                                 Facsimile: (601) 968-0010
                                                 louis@watsonnorris.com
                                                 nick@watsonnorris.com

AGREED:

s/Nick Norris (MSB #101574)
Attorney for Plaintiff

s/Louis H. Watson, Jr. (MSB #9053)
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Louis H. Watson, Jr., attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, this the 19th day of November 2018.

                                                        s/Louis H. Watson, Jr.
                                                        LOUIS H. WATSON, JR.